opinion filed December 30, 1948; released for publication January 18, 1949. Anthony Caliendo, for appellant; no appearance for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.

## Mary Lee Good, Appellee, v. Cora Lee Johnson, Appellant.

### Gen. No. 44,451.

opinion filed January 5, 1949; released for publication January 18, 1949. Zeamore A. Ader, for appellant; no appearance for appellee. Opinion by JUSTICE TUOHY. Not to be published in full.